# EXHIBIT C

## EXHIBIT C-1

**DAVID BLEEDEN AND HIS ENTITIES BEAR HUNTER, LLC AND XAN, LLC:**

**Total: $1,219,294.67**

**David Bleeden**

Chase Metals payment to David Bleeden for $41,343.00 on his 2016 1099.

Chase Metals payroll payment to David Bleeden for $66,885.20 in his 2018 W2.

Chase Metals payment to David Bleeden for $2,500.00 on his 2018 1099 for miscellaneous income.

Chase Metals payment to David Bleeden for $2,500.00 on his 2018 1099.

Chase Metals payment to David Bleeden for $66,885.20 on his 2018 W-2

Chase Metals payment to David Bleeden for $1,795.17 on 1/19/2019.

Chase Metals check to David Bleeden for $6,000.00 on 1/16/2019.

Chase Metals payment to David Bleeden for $2,386.11 on 1/22/2019.

Chase Metals payroll payment to David Bleeden for $878.45 on 2/1/2019.

Chase Metals payment to David Bleeden for $878.45 on 2/7/2019.

Chase Metals payment to David Bleeden for $45,797.01 on 2/15/2019.

Chase Metals payment to David Bleeden for $6,356.55 on 4/11/2019.

Chase Metals payment to David Bleeden for $9,899.83 on 4/26/2019.

Chase Metals payment to David Bleeden for $8,702.44 on 5/1/2019.

Chase Metals payment to David Bleeden for $39,201.13 on 5/3/2019.

Chase Metals payment to David Bleeden for $6,582.54 on 5/10/2019.

Chase Metals payment to David Bleeden for $11,888.29 on 5/24/2019.

Chase Metals payment to David Bleeden for $1,152.12 on 6/21/2019.

Chase Metals payment to David Bleeden for $4,592.11 on 7/5/2019.

Chase Metals payment to David Bleeden for $806.71 on 7/29/2019.

Chase Metals payment to David Bleeden for $10,756.79 on 7/31/2019.

Chase Metals payment to David Bleeden for $5,568.78 on 8/2/2019.



EXHIBIT
C

Chase Metals payment to David Bleeden for $1,931.12 on 8/9/2019.

Chase Metals payment to David Bleeden for $13,532.27 on 8/16/2019.

Chase Metals payment to David Bleeden for $5,668.20 on 8/26/2019.

Chase Metals payment to David Bleeden for $5,410.58 on 8/30/2019.

Chase Metals payment to David Bleeden for $4,846.10 on 8/26/2019.

Chase Metals payment to David Bleeden for $35,491.43 on 9/13/2019.

Chase Metals payment to David Bleeden for $34,520.46 on 9/16/2019.

Chase Metals payment to David Bleeden for $8,251.83 on 9/27/2019.

Chase Metals payment to David Bleeden for $6,655.33 on 10/11/2019.

Chase Metals payment to David Bleeden for $11,561.69 on 10/25/2019.

Chase Metals payment to David Bleeden for $12,638.69 on 10/29/2019.

Chase Metals payment to David Bleeden for $15,539.39 on 11/8/2019

Chase Metals payment to David Bleeden for $9,632.37on 11/12/2019.

Chase Metals payment to David Bleeden for $2,666.35 on 11/22/2019

Chase Metals payment to David Bleeden for $1,265.66 on 12/2/2019.

Chase Metals payment to David Bleeden for $16,922.13 on 12/6/2019

Chase Metals payment to David Bleeden for $11,339.01 on 12/11/2019.

Chase Metals payment to David Bleeden for $9,403.26 on 12/20/2019.

Chase Metals payroll payment to David Bleeden for $23,779.90 in 2020.

First American Estate and Trust LLC payment to David Bleeden $25,277.17.

**Total: $599,688.82**

**<u>Bearhunter, LLC</u>**

Chase Metals payment to Bearhunter for $41,343.00 in his 2016 W-2.

Chase Metals wire to Bearhunter for $110,000.00 on 2/9/2017

Chase Metals check to Bearhunter for $1,000.00 on 6/16/2017

Chase Metals check to Bearhunter for $899.00 on 6/21/2017

Chase Metals check to Bearhunter for $1,250.00 on 6/22/2017

Chase Metals check to Bearhunter for $3,759.00 on 8/11/2017

Chase Metals payments to Bearhunter for $83,495.76 in 2018 W-2.

Chase Metals payment to Bearhunter for $4,447.45 on his 2019 1099 form.

Chase Metals payments to Bearhunter for $198,595.12 in 2020 W-2.

**<u>Total: $444,789.63</u>**

**<u>Xan, LLC</u>**

Payment to Xan, LLC (per Bleeden deposit records) for $9,266.33 from 12/20/2019 -1/22-20

Barrick wire to Xan, LLC for $11,918.12 on 2/26/2020.

Barrick wire to Xan, LLC for $12,944.61 on 3/13/2020.

Barrick wire to Xan, LLC for $8,254.65 on 3/27/2020.

Barrick wire to Xan, LLC for $7,749.80 on 4/10/2020.

Barrick check payment to Xan LLC for $484.22 on 5/8/2020.

Barrick check payment to Xan LLC for $11,989.90 on 5/22/2020.

Barrick check payment to Xan LLC for $13,957.38 on 6/5/2020.

Barrick check payment to Xan LLC for $6,228.23 on 6/19/2020.

Barrick check payment to Xan LLC for $14,667.86 7/2/2020.

Barrick wire to Xan, LLC for $3,234.00 on 7/2/2020

Barrick check payment to Xan LLC for $1,398.56 on 7/31/2020.

Barrick check payment to Xan LLC for $15,425.73 on 8/17/2020.

Payment to Xan, LLC (per Bleeden deposit records) for $18,495.12 on 8/17/2020

Barrick check payment to Xan LLC for $7,036.10 on 8/28/2020.

Barrick check payment to Xan LLC for $7,202.77 on 9/8/2020.

Barrick check payment to Xan LLC for $14,520.84  on 9/15/2020.

Barrick check payment to Xan LLC for $10,041.00 on 9/8/2020.


**<u>Total: $174,816.22</u>**

## EXHIBIT C-2

**DANIEL HALIMI AND HIS ENTITY HALIMI GROUP:**

**Total $271,772.96**

### Halimi Group

Chase Metals payment to Daniel Halimi for $16,712.95 for his 2018 W-2 form.

TMTE, Inc. payment to Halimi Group for $102,843.81 on TMTE, Inc.'s 2018 profit and loss sheet.

Chase Metals payroll payment to Daniel Halimi for $1,127.22 on 2/20/2019.

Chase Metals check to Halimi Group for $1,129.29 on 2/20/2019.

Chase Metals check to Halimi Group for $8,508.31 on 2/20/2019.

Chase Metals check to Halimi Group for $10,120.79 on 3/1/2019.

Barrick wire to Halimi Group for $4,518.30 on 3/13/2019.

Chase Metals check to Halimi Group for $1,727.86 on 3/27/2019.

Chase Metals wire to Halimi Group for $676.99 on 3/29/2019.

TMTE, Inc. wire to Halimi Group for $21,934.18 on 4/26/2019.

Chase Metals check to Halimi Group for $3,333.67 on 4/26/2019.

Chase Metals wire to Halimi Group for $2,151.21 on 6/21/2019.

TMTE, Inc. wire to Halimi Group for $7,606.81 on 7/19/2019.

Chase Metals wire to Halimi Group for $162.74 on 8/2/2019.

Chase Metals wire to Halimi Group for $2,943.52 on 8/16/2019.

Chase Metals wire to Halimi Group for $4,097.90 on 8/30/2019.

TMTE, Inc. wire to Halimi Group for $6,975.91 on 9/27/2019.

Chase Metals wire to Halimi Group for $7,350.28 on 10/11/2019.

TMTE, Inc. wire to Halimi Group for $7,317.59 on 11/8/2019.

Chase Metals wire to Halimi Group for $1,052.14 on 12/20/2019.

Barrick wire to Halimi Group for $4,518.30 by 3/13/2020.

Barrick wire to Halimi Group for $1,620.94 on 3/27/2020.

TMTE, Inc. wire to Halimi Group for $3,969.27 on 3/27/2020.

Barrick wire to Halimi Group for $1,620.94 on 3/27/2020.

Barrick wire to Halimi Group for $7,371.14 on 4/10/2020.

Barrick check to Halimi Group for $20,766.91 on 4/27/2020.

Barrick check to Halimi Group for $4,316.36 on 5/12/2020.

Barrick check to Halimi Group for $4,814.21 on 5/26/2020.

Barrick check to Halimi Group for $5,711.35 on 6/9/2020.

Barrick check to Halimi Group for $4,956.20 on 6/22/2020.

Barrick check to Halimi Group for $682.49 on 7/20/2020.

FAET wire to Daniel Halimi for $754.32 on 8/25/2020.


**Total: $271,772.96**

## EXHIBIT C-3

**ATHENA HUNTER AND HER ENTITY TP BOSS:**                    **Total: $132,902.00**

### TPH Boss

Chase Metals check to Athena Hunter for $1,200 on 12/19/2017.

Chase Metals check to Athena Hunter for $840 on 12/19/2017.

Chase Metals check to Athena Hunter for $1,200 on 1/9/2018.

Chase Metals check to Athena Hunter for $97 on 3/12/2018.

Chase Metals check to Athena Hunter for $123 on 3/12/2018.

Chase Metals check to Athena Hunter for $2,000 on 11/8/2018.

Chase Metals check to Athena Hunter for $250 on 11/8/2018.

Chase Metals check to Athena Hunter for $9,135 on 1/22/2019.

Chase Metals check to Athena Hunter for $4,635 on 5/14/2019.

Chase Metals check to Athena Hunter for $1,000 on 5/30/2019.

Chase Metals check to Athena Hunter for $2,500 on 9/6/2019.

Barrick wire to TPH Boss for $4,203.15 on 2/14/2020.

Chase Metals wire to TPH Boss for $11,535 on 2/28/2020.

Barrick wire to TPH Boss for $10,717.76 on 3/13/2020.

Barrick wire to TPH Boss for $12,951.31 on 3/27/2020.

Barrick wire to TPH Boss for $8,445.76 on 4/10/2020.

Barrick check to TPH Boss for $3,183.91 on 4/30/2020.

Barrick check to TPH Boss for $8,153.57 on 5/11/2020.

Barrick check to TPH Boss for $6,832.98 on 5/26/2020.

Barrick check to TPH Boss for $5,145.10 on 6/9/2020.

Barrick check to TPH Boss for $5,127.53 on 6/22/2020.

Administrative Account Services check to TPH Boss for $1,200 by 7/2/2020.

Barrick check to TPH Boss for $5,434.03 on 7/6/2020.

Barrick check to TPH Boss for $1,153.85 on 7/20/2020.

Barrick check to TPH Boss for $2,499.99 on 7/20/2020.

Barrick check to Athena Hunter for $6,499 on 7/31/2020.

Barrick check to TPH Boss for $1,153.85 on 7/31/2020.

Barrick check to TPH Boss for $4,345.76 on 8/17/2020.

Barrick check to TPH Boss for $1,153.85 on 8/17/2020.

Barrick check to TPH Boss for $5,337.86 on 8/31/2020.

Newmont Admin., Inc, check to TPH Boss for $1,000 on 9/11/2020.

Barrick check to TPH Boss for $3,848.77 on 9/15/2020.

**Total: $132,902**

## EXHIBIT C- 4

**RANDALL KOHL AND IS ENTITY THE VOICE**

**Total: $236,806.95**

### The Voice, Inc.

Barrick wire to The Voice, Inc. for $31,552.28 on 2/14/2020.

Barrick wire to The Voice, Inc. for $2,317.51 on 2/28/2020.

Barrick wire to The Voice, Inc. for $6,212.75 on 3/13/2020.

Barrick wire to The Voice, Inc. for $4,934.87 on 3/27/2020.

Barrick wire to The Voice, Inc. for $17,478.43 on 4/10/2020.

Barrick wire to Alan Kohl for $35,000 on 4/20/2020.

Barrick check to The Voice, Inc. for $23,458.62 on 4/27/2020.

Barrick check to The Voice, Inc. for $11,742.07 on 5/8/2020.

Barrick check to The Voice, Inc. for $6,380 on 5/26/2020.

Barrick check to The Voice, Inc. for $1,211.65 on 5/26/2020.

Barrick check to The Voice, Inc. for $2,042.63 on 6/9/2020.

Barrick check to The Voice, Inc. for $2,594.95 on 7/1/2020.

Barrick check to The Voice, Inc. for $5,845.46 on 7/6/2020.

Barrick check to The Voice, Inc. for $30,269.90 on 8/4/2020.

Barrick check to The Voice, Inc. for $24,041.06 on 8/20/2020.

Barrick check to The Voice, Inc. for $14,304 on 9/1/2020.

USA Accounts, Inc. to The Voice, Inc. for $2,500 on 9/11/2020.

Barrick check to The Voice, Inc. for $14,520.84 on 9/15/2020.

**Total: $236,806.95**

**EXHIBIT C-5**

**BENJAMIN LEE AND HIS ENTITY METTABEL**                    **Total: $219,724.79**

**Mettabel**

Chase Metals payment to Benjamin Lee for $44,025.92 on his 2018 W-2 form.

Chase Metals payroll payment to Benjamin Lee for $15,065.60 on 2/1/2019.

Chase Metals check to Benjamin Lee for $1,806.20 on 5/24/2019.

Chase Metals check to Benjamin Lee for $4,000 on 6/19/2019.

Chase Metals check to Benjamin Lee for $5,000 on 6/27/2019.

Chase Metals check to Benjamin Lee for $4,000 on 6/28/2019.

Chase Metals heck to Benjamin Lee for $5,000 on 12/23/2019.

Chase Metals check to Benjamin Lee for $5,000 on 12/24/2019.

Barrick wire to Mettabel, Inc. for $6,000 on 1/31/2020.

Chase Metals check to Benjamin Lee for $1,981.16 on 3/13/2020.

Barrick wire to Mettabel for $3,407.83 on 3/13/2020.

Barrick wire to Mettabel for $5,346.89 on 3/27/2020.

metals check to Mettabel for $2,231.49 on 3/27/2020.

Barrick wire to Mettabel for $24,102.52 on 4/10/2020.

metals check to Mettabel for $1,666.35 on 4/10/2020.

Barrick check to Mettabel for $1,552.61 on 4/24/2020.

Barrick check to Mettabel for $17,084.17 on 5/8/2020.

Barrick check to Mettabel for $19,904.55 on 5/26/2020.

Barrick check to Mettabel for $17,470.24 on 6/22/2020.

Barrick wire to Mettabel for $1,600.02 on 7/2/2020.

Barrick wire to Mettabel for $3,400.98 on 7/3/2020.

Barrick check to Mettabel for $1,622.53 on 7/31/2020.

Barrick check to Mettabel for $6,431.34 on 8/14/2020.

Newmont Admin., Inc. check to Mettabel for $8,777.24 on 8/27/2020.

Newmont Admin., Inc. check to Mettabel for $9,349.90 on 9/11/2020.

USA Accounts, Inc. check to Mettabel for $3,897.25 on 9/11/2020.

**Total: $219,724.79**

**EXHIBIT C-6**

**DERIC NED AND HIS ENTITIES POORTRAP ENTERTAINMENT AND DEEP STATE MARKETING:**
**Total $2,975,316.10**

**Poortrap Entertainment, Inc.**

Tower Equity, LLC wire to Poortrap Entertainment, Inc. for $36,000 on 12/30/2019.

Barrick wire to Poortrap Entertainment, Inc. for $7,199.92 on 1/17/2020.

Barrick wire to Poortrap Entertainment, Inc. for $8,000 on 2/4/2020.

Barrick wire to Poortrap Entertainment, Inc. for $8,006.20 on 2/5/2020.

Barrick wire to Poortrap Entertainment, Inc. for $7,216.32 on 2/14/2020.

Barrick wire to Poortrap Entertainment, Inc. for $77,605.05 on 2/28/2020.

metals wire to Poortrap Entertainment, Inc. for $4,193.63 by 3/13/2020.

Barrick wire to Poortrap Entertainment, Inc. for $44,752.14 on 3/13/2020.

Barrick wire to Poortrap Entertainment, Inc. for $71,266.89 on 3/13/2020.

Barrick wire to Poortrap Entertainment, Inc. for 45,999.56 on 3/27/2020.

Barrick wire to Poortrap Entertainment, Inc. for $58,769.41 on 4/10/2020.

Barrick check to Poortrap Entertainment, Inc. for $40,750.41 on 4/24/2020.

Barrick check to Poortrap Entertainment, Inc. for $20,134.45 on 5/11/2020.

Barrick check to Poortrap Entertainment, Inc. for $63,632.91 on 5/26/2020.

Barrick check to Poortrap Entertainment, Inc. for $63,559.17 on 6/9/2020.

Barrick check to Poortrap Entertainment, Inc. for $47,990.89 on 7/6/2020.

Barrick check to Poortrap Entertainment, Inc. for $52,029.13 on 7/6/2020.

Barrick check to Poortrap Entertainment, Inc. for $706.16 on 7/20/2020.

Barrick check to Poortrap Entertainment, Inc. for $64,884.82 on 7/30/2020.

Barrick check to Poortrap Entertainment, Inc. for $37,770.36 on 8/3/2020.

Barrick check to Poortrap Entertainment, Inc. for $39,864 on 8/7/2020.

Newmont Admin., Inc. check to Poortrap Entertainment, Inc. for $9,809.45 on 8/14/2020.

Barrick check to Poortrap Entertainment, Inc. for $55,313.33 on 8/17/2020.

Newmont Admin., Inc. check to Poortrap Entertainment, Inc. for $21,708.36 on 8/27/2020.

Barrick check to Poortrap Entertainment, Inc. for $7,425.45 on 8/31/2020.

USA Accounts, Inc. check to Poortrap Entertainment, Inc. for $3,780 on 9/11/2020.

Newmont Admin., Inc. check to Poortrap Entertainment, Inc. for $31,797.22 on 9/11/2020.

Barrick check to Poortrap Entertainment, Inc. for $6,039.92 on 9/14/2020.

**Total: $900,205.15**

**Deep State Marketing**

TMTE, Inc. check to Deep State Marketing for $41,196.08 on 12/15/2017.

TMTE, Inc. payment to Deric Ned for $34,155.09 on his 2018 1099 form.

TMTE, Inc. payment to Deep State Marketing for $941,189.19 on its 2018 1099 form.

TMTE, Inc. check to Deep State Marketing for $20,306.92 on 1/11/2019.

TMTE, Inc. check to Deep State Marketing for $53,657.73 on 1/18/2019.

TMTE, Inc. payroll payment to Deric Ned for $741.72 on 2/1/2019.

TMTE, Inc. check to Deep State Marketing for $201,035.61 on 2/5/2019.

TMTE, Inc. check to Deep State Marketing for $21,021.03 on 2/15/2019.

TMTE, Inc. check to Deep State Marketing for $63,090.60 on 3/6/2019.

Instribution, LLC wire to Deep State Marketing for $50,000 on 3/15/2019.

TMTE, Inc. check to Deep State Marketing for $30,683.65 on 3/18/2019.

TMTE, Inc. wire to Deep State Marketing for $54,962.17 on 3/29/2019.

TMTE, Inc. check to Deep State Marketing for $70,103.04 on 4/12/2019.

TMTE, Inc. wire to Deep State Marketing for $52,383.83 on 4/26/2019.

TMTE, Inc. wire to Deep State Marketing for $28,719.95 on 5/10/2019.

TMTE, Inc. wire to Deep State Marketing for $19,826.97 on 6/21/2019.

TMTE, Inc. wire to Deep State Marketing for $44,144.69 on 7/5/2019.

TMTE, Inc. wire to Deep State Marketing for $18,767.62 on 7/19/2019.

TMTE, Inc. wire to Deep State Marketing for $11,689.19 on 8/2/2019.

TMTE, Inc. wire to Deep State Marketing for $24,759.23 on 8/16/2019.

TMTE, Inc. wire to Deep State Marketing for $69,839.12 on 8/30/2019.

TMTE, Inc. wire to Deep State Marketing for $52,670.62 on 9/13/2019.

TMTE, Inc. wire to Deep State Marketing for $35,644.61 on 9/27/2019.

TMTE, Inc. wire to Deep State Marketing for $30,398.97 on 10/11/2019.

TMTE, Inc. wire to Deep State Marketing for $9,736.55 on 10/25/2019.

TMTE, Inc. wire to Deep State Marketing for $16,439.66 on 11/8/2019.

TMTE, Inc. wire to Deep State Marketing for $31,293.93 on 11/22/2019.

TMTE, Inc. wire to Deep State Marketing for $6,326.98 on 12/6/2019.

TMTE, Inc. wire to Deep State Marketing for $2,304.63 on 12/20/2019.

TMTE, Inc. wire to Deep State Marketing for $798.08 on 1/3/2020.

TMTE, Inc. wire to Deep State Marketing for $4,193.63 on 3/13/2020.

TMTE, Inc. check to Deric Ned Marketing for $6,977.28 on 3/30/2020.

TMTE, Inc. check to Deric Ned for $4,592.51 on 4/10/2020.

Tower Equity check to Deric Ned for $3,902.75 on 7/27/2020.

**Total: $2,075,300.95**

## EXHIBIT C-7

**MICHAEL PERALTA AND HIS ENTITY MPERA CORP.**

**Total: $130,341.25**

**MPERA Corp.**

Chase Metals check to MPERA Corp. for $578 on 12/4/2017.

TMTE, Inc. payment to Michael Peralta for $32,355.91 on his 2018 1099 form.

Chase Metals payroll payment to Michael Peralta for $3,703.22 on 2/1/2019.

Chase Metals payroll payment to Michael Peralta. for $5,801.35 on 3/29/2019.

Barrick wire to MPERA Corp. for $5,938.07 on 1/31/2020.

Barrick wire to MPERA Corp. for $6,356.66 on 3/2/2020.

Barrick wire to MPERA Corp. for $9,139.69 on 3/16/2020.

FAET wire to MPERA Corp. for $9,139.69 on 3/17/2020.

Barrick wire to MPERA Corp. for $3,212.32 on 4/10/2020.

Barrick check to MPERA Corp. for $3,084.13 on 4/24/2020.

Barrick check to MPERA Corp. for $13,878.76 on 5/8/2020.

FAET payroll payment to Michael Peralta for $1,643.58 on 5/22/2020.

Barrick check to MPERA Corp. for $5,784.89 on 6/22/2020.

Barrick check to MPERA Corp. for $7,659.80 on 7/17/2020.

Barrick check to MPERA Corp. for $20,024.57 on 7/31/2020.

FAET payroll payment to Michael Peralta for $1,153.13 on 9/25/2020.

Barrick check to MPERA Corp. for $273.48 on 8/31/2020.

Barrick check to MPERA Corp. for $614.24 on 9/15/2020.

**Total: $130,341.25**

## EXHIBIT C-8

SEAN REZA, ALSO KNOWN AS THOMAS REZA AND HIS ENTITY AMERIGOLD

### Total: $737,094.44

**Amerigold, Inc.**

TMTE, Inc. check to Sean Reza for $30,041.01 on 12/1/2017.

TMTE, Inc. check to Sean Reza for $33,416.91 on 12/29/2017.

TMTE, Inc. payment to Sean Reza for $19,012.76 on his 2018 W-2 form.

TMTE, Inc. payment to Thomas Reza for $65,546.71 on his 2018 W-2 form.

TMTE, Inc. check to Amerigold, Inc. for $57,287.31 on 2/20/2018.

TMTE, Inc. check to Amerigold, Inc. for $37,786.72 on 4/6/2018.

TMTE, Inc. check to Amerigold, Inc. for $28,662.88 on 5/8/2018.

TMTE, Inc. check to Amerigold, Inc. for $25,086.53 on 5/21/2018.

TMTE, Inc. check to Amerigold, Inc. for $21,583.01 on 6/25/2018.

TMTE, Inc. check to Amerigold, Inc. for $4,592.43 on 6/25/2018.

TMTE, Inc. check to Amerigold, Inc. for $8,037.09 on 7/16/2018.

TMTE, Inc. check to Amerigold, Inc. for $4,239.31 on 7/16/2018.

TMTE, Inc. check to Amerigold, Inc. for $10,225.35 on 8/8/2018.

TMTE, Inc. check to Amerigold, Inc. for $31,687.05 on 8/22/2018.

TMTE, Inc. check to Amerigold, Inc. for $6,294.43 on 9/7/2018.

TMTE, Inc. check to Amerigold, Inc. for $22,182.92 on 9/17/2018.

TMTE, Inc. check to Amerigold, Inc. for $3,506.48 on 10/1/2018.

TMTE, Inc. check to Amerigold, Inc. for $34,540.90 on 10/15/2018.

TMTE, Inc. check to Amerigold, Inc. for $11,265.33 on 10/29/2018.

TMTE, Inc. check to Amerigold, Inc. for $18,852.03 on 11/13/2018.

TMTE, Inc. check to Amerigold, Inc. for $47,566.41 on 11/21/2018.

TMTE, Inc. check to Amerigold, Inc. for $14,727.26 on 12/24/2018.

TMTE, Inc. check to Amerigold, Inc. for $3,079.45 on 12/24/2018.

TMTE, Inc. check to Amerigold, Inc. for $3,271 on 1/31/2019.

TMTE, Inc. check to Amerigold, Inc. for $13,027 on 1/31/2019.

TMTE, Inc. payroll payment to Sean Reza for $942.86 on 2/1/2019.

TMTE, Inc. payment payroll to Thomas Reza for $690.94 on 2/1/2019.

TMTE, Inc. check to Amerigold, Inc. for $21,070 on 3/1/2019.

TMTE, Inc. check to Amerigold, Inc. for $3,886 on 3/1/2019.

TMTE, Inc. check to Amerigold, Inc. for $996 on 3/11/2019.

TMTE, Inc. wire to Amerigold, Inc. for $21,187.28 on 3/29/2019.

TMTE, Inc. check to Amerigold, Inc. for $7,050 on 4/8/2019.

TMTE, Inc. check to Amerigold, Inc. for $40,544 on 4/12/2019.

TMTE, Inc. wire to Amerigold, Inc. for $28,070.36 on 4/26/2019.

TMTE, Inc. wire to Amerigold, Inc. for $1,242.27 on 5/10/2019.

TMTE, Inc. wire to Amerigold, Inc. for $5,468.61 on 5/24/2019.

TMTE, Inc. wire to Amerigold, Inc. for $5,196.96 on 7/5/2019.

TMTE, Inc. wire to Amerigold, Inc. for $10,053.75 on 7/19/2019.

TMTE, Inc. wire to Amerigold, Inc. for $23,815.98 on 8/16/2019.

TMTE, Inc. wire to Amerigold, Inc. for $3,332 on 9/13/2019.

TMTE, Inc. wire to Amerigold, Inc. for $5,854.38 on 11/8/2019.

TMTE, Inc. wire to Amerigold, Inc. for $2,163.36 on 1/3/2020.

**Total: $737,084.44**

## EXHIBIT C-9

KYLE SANNA AND HIS ENTITIES LTK MARKETING AND HURRICANE HOLDINGS, INC.

Total: $1,274,142.71

### LTK Marketing

Barrick wire to LTK Marketing for $150,190.70 on 3/27/2020.

Barrick wire to LTK Marketing, Inc. for $49,073.36 on 4/10/2020.

Barrick wire to LTK Marketing, Inc. for $31,279.93 on 4/10/2020.

Barrick wire to LTK Marketing, Inc. for $18,036.82 on 4/10/2020.

Talent Writers, LLC wire to LTK Marketing, LLC for $31,218.75 on 10/30/2020.

Barrick wire to LTK Marketing, Inc. for $9,395.53 by 7/2/2020.

Newmont Admin, Inc. check to LTK Marketing, Inc. for $10,112.84 by 8/14/2020.

Newmont Admin, Inc. check to LTK Marketing, Inc. for $30,871.78 by 9/11/2020.

**Total: $330,179.71**

### Hurricane Holdings

Chase Metals payment to Kyle Sanna for $128,874 on his 2018 1099 form.

Chase Metals payment to Kyle Sanna for $17,747 on his 2018 W-2 form.

Chase Metals check to Hurricane Holdings for $19,196 on 1/4/2019.

Chase Metals check to Hurricane Holdings for $26,262 on 1/18/2019.

Chase Metals payroll payment to Kyle Sanna for $1,027 on 2/1/2019.

Chase Metals check to Hurricane Holdings for $12,722 on 2/19/2019.

Chase Metals check to Hurricane Holdings for $58,730 on 3/1/2019.

Chase Metals check to Hurricane Holdings for $26,322 on 3/15/2019.

Chase Metals check to Hurricane Holdings for $19,934 on 3/29/2019.

Chase Metals check to Hurricane Holdings for $8,473 on 4/12/2019.

TMTE, Inc. wire to Hurricane Holdings for $11,218.91 on 4/26/2019.

TMTE, Inc. wire to Hurricane Holdings for $34,070.93 on 5/10/2019.

TMTE, Inc. wire to Hurricane Holdings for $12,785.44 on 6/21/2019.

TMTE, Inc. wire to Hurricane Holdings for $17,126.25 on 7/5/2019.

TMTE, Inc. wire to Hurricane Holdings for $5,111.12 on 7/19/2019.

TMTE, Inc. wire to Hurricane Holdings for $9,587 on 8/2/2019.

TMTE, Inc. wire to Hurricane Holdings for $304.54 on 8/16/2019.

TMTE, Inc. wire to Hurricane Holdings for 72,324.39 on 8/30/2019.

TMTE, Inc. wire to Hurricane Holdings for $40,338.24 on 9/13/2019.

TMTE, Inc. wire to Hurricane Holdings for $18,402.79 on 9/27/2019.

TMTE, Inc. wire to Hurricane Holdings for $39,136.36 on 10/11/2019.

TMTE, Inc. wire to Hurricane Holdings for $10,818.15 on 10/25/2019.

TMTE, Inc. wire to Hurricane Holdings for $22,892.92 on 11/8/2019.

TMTE, Inc. wire to Hurricane Holdings for $15,061.79 on 11/22/2019.

TMTE, Inc. wire to Hurricane Holdings for $10,372.54 on 12/6/2019.

TMTE, Inc. wire to Hurricane Holdings for $1,344.53 on 12/20/2019.

TMTE, Inc. wire to Hurricane Holdings for $4,140.85 on 1/3/2020.

TMTE, Inc. wire to Hurricane Holdings for $773.48 on 2/14/2020.

Metals wire to Hurricane Holdings for $4,323.33 by 3/12/2020.

Barrick wire to Hurricane Holdings for $71,244.78 by 3/12/2020.

Barrick wire to Hurricane Holdings for $68,058.33 by 3/13/2020.

TMTE, Inc. wire to Hurricane Holdings for $6,554.83 on 3/27/2020.

Barrick wire to Hurricane Holdings for $143,922.57 by 3/27/2020.

FAET payroll payment to Kyle Sanna for $728.02 on 3/27/2020.

FAET payroll payment to Kyle Sanna for $958.37 on 4/24/2020.

FAET payroll payment to Kyle Sanna for $711.63 on 5/22/2020.

Administrative Account Services wire to Hurricane Holdings for $1,600.02 by 3/12/2020.

FAET payroll payment to Kyle Sanna for $763.11 on 8/28/2020.

**Total: $943,963**

## EXHIBIT C- 10

CHRISTOPHER STEPHAN AND HIS ENTITY ECO BLUE

**Total: $255,689.00**


### Eco Blue

Chase Metals wire to Eco Blue for $983 on 11/22/2019.

Chase Metals check to Christopher Stephen for $4,000 on 3/11/2019.

Chase Metals check to Christopher Stephen for $2,500 on 4/17/2019.

Chase Metals check to Christopher Stephen for $2,800 on 5/15/2019.

Chase Metals check to Christopher Stephen for $5,000 on 5/24/2019.

Chase Metals check to Christopher Stephen for $5,000 on 6/14/2019.

Chase Metals check to Christopher Stephen for $5,000 on 7/1/2019.

Chase Metals check to Eco Blue for $4,500 on 9/13/2019.

Chase Metals wire to Eco Blue for $20,232.30 on 9/19/2019.

Chase Metals wire to Eco Blue for $3,053.46 on 11/8/2019.

Chase Metals wire to Eco Blue for $3,257.70 on 12/6/2019.

Chase Metals wire to Eco Blue for $2,539.45 on 12/20/2019.

Chase Metals wire to Eco Blue for $609.50 on 1/3/2020.

Chase Metals wire to Eco Blue for $1,591.58 on 1/17/2020.

Barrick wire to Eco Blue for $24,457.99 on 2/14/2020.

Chase Metals wire to Eco Blue for $2,629.04 on 2/28/2020.

Chase Metals check to Eco Blue for $1,989.99 on 3/13/2020.

TMTE, Inc. wire to Eco Blue for $33,680.90 on 3/13/2020.

Barrick wire to Eco Blue for $50,450.44 by 3/13/2020.

Barrick wire to Eco Blue for $17,619.43 on 3/27/2020.

Barrick wire to Eco Blue for $8,693.41 on 4/1/2020.

Barrick wire to Eco Blue for $20,572.88 on 4/10/2020.

Barrick check to Eco Blue for $11,971.47 on 4/24/2020.

Barrick check to Eco Blue for $4,472.57 on 5/12/2020.

Barrick check to Eco Blue for $9,000 on 6/8/2020.

Barrick check to Eco Blue for $9,084.02 on 9/10/2020.

**Total: $255,689**

## EXHIBIT C- 11

**WALTER VERA AND HIS ENTITIES VERASTAN GROUP AND MIDWOOD CAPITAL**

**Total: $4,533,519.50**

**Verastan Group**

Chase Metals check to Walter Vera for $75,048 on 12/18/2017.

Chase Metals check to Verastan Group for $13,487 on 12/29/2017.

Chase Metals wire to Walter Vera for $100,000 on 4/10/2018.

Chase Metals payment to Verastan Group for $1,655,085.99 on its 2018 1099 form.

Chase Metals payment to Walter Vera for $17,747.31 on his 2018 W-2 form.

TMTE, Inc. check to Verastan Group for $2,475 on 1/18/2019.

TMTE, Inc. check to Verastan Group for $35,989.11 on 1/11/2019.

TMTE, Inc. wire to Verastan Group for $9,803.46 on 1/17/2019.

TMTE, Inc. check to Verastan Group for $2,475 on 1/18/2019.

TMTE, Inc. check to Verastan Group for $74,271 on 1/18/2019.

TMTE, Inc. wire to Verastan Group for $35,989.11 on 1/30/2019.

TMTE, Inc. wire to Verastan Group for $100,016.41 on 1/30/2019.

Chase Metals payroll payment to Walter Vera for $1,036.35 on 2/1/2019.

TMTE, Inc. check to Verastan Group for $100,016 on 2/1/2019.

TMTE, Inc. wire to Verastan Group for $13,143.77 on 2/3/2019.

TMTE, Inc. check to Verastan Group for $83,311 on 2/25/2019.

TMTE, Inc. check to Verastan Group for $2,475 on 2/28/2019.

TMTE, Inc. check to Verastan Group for $36,000 on 3/1/2019.

TMTE, Inc. check to Verastan Group for $94,467 on 3/1/2019.

TMTE, Inc. wire to Verastan Group for $11,876.57 on 3/13/2019.

TMTE, Inc. check to Verastan Group for $96,111 on 3/15/2019.

TMTE, Inc. check to Verastan Group for $2,475 on 3/18/2019.

TMTE, Inc. wire to Verastan Group for $73,824.07 on 4/8/2019.

TMTE, Inc. check to Verastan Group for $73,824 on 4/16/2019.

TMTE, Inc. check to Verastan Group for $1,600 on 4/16/2019.

TMTE, Inc. check to Verastan Group for $2,475 on 4/16/2019.

TMTE, Inc. check to Verastan Group for $119,729 on 4/16/2019.

TMTE, Inc. check to Verastan Group for $118,692 on 4/26/2019.

TMTE, Inc. wire to Verastan Group for $49,187.39 on 5/10/2019.

TMTE, Inc. wire to Verastan Group for $5,172.78 on 5/24/2019.

Metals.com wire to Verastan Group for $7,857.03 by 7/2/2019.

TMTE, Inc. wire to Verastan Group for $22,171.56 on 7/5/2019.

TMTE, Inc. wire to Verastan Group for $27,468.48 on 8/2/2019.

TMTE, Inc. check to Verastan Group for $1,198 on 8/5/2019.

TMTE, Inc. wire to Verastan Group for $31,607.51 on 8/30/2019.

TMTE, Inc. wire to Verastan Group for $40,842 on 9/13/2019.

TMTE, Inc. wire to Verastan Group for $49,641.40 on 9/27/2019.

TMTE, Inc. wire to Verastan Group for $31,998.45 on 10/11/2019.

TMTE, Inc. wire to Verastan Group for $26,190.16 on 10/25/2019.

TMTE, Inc. wire to Verastan Group for $55,053.61 on 11/8/2019.

TMTE, Inc. wire to Verastan Group for $55,054 on 11/8/2019.

TMTE, Inc. wire to Verastan Group for $23,306.20 on 12/6/2019.

TMTE, Inc. wire to Verastan Group for $2,400 on 12/17/2020.

TMTE, Inc. wire to Verastan Group for $29,690.98 on 12/20/2019.

TMTE, Inc. wire to Verastan Group for $26,149.95 on 1/3/2020.

TMTE, Inc. wire to Verastan Group for $9,803 on 1/17/2019.

TMTE, Inc. wire to Verastan Group for $13,143.77 on 2/3/2020.

TMTE, Inc. wire to Verastan Group for $11,876.57 on 3/13/2020.

Tower Equity check to Verastan Group for $560,000 on 7/17/2020.

Administrative Account Services, LLC.  check to Verastan Group for $7,857 on 7/17/2020.

**Total: $3,961,597**

**<u>Midwood Capital</u>**

Barrick wire to Midwood Capital for $8,977.02 on 2/7/2020.

Barrick wire to Midwood Capital for $15,183.73 on 2/14/2020.

Barrick wire to Midwood Capital for $40,414.66 on 2/28/2020.

Barrick wire to Midwood Capital for $59,304.63 on 2/28/2020.

Barrick wire to Midwood Capital for $11,876.57 by 3/13/2020.

Barrick wire to Midwood Capital for $64,631.71 on 3/13/2020.

Barrick wire to Midwood Capital for $14,517.69 on 3/27/2020.

Barrick wire to Midwood Capital for $42,254.16 on 4/10/2020.

Barrick check to Midwood Capital for $3,690.03 on 4/24/2020.

Barrick check to Midwood Capital for $5,238 on 4/24/2020.

Barrick check to Midwood Capital for $31,248.37 on 5/15/2020.

Barrick check to Midwood Capital for $23,783.24 on 6/1/2020.

Barrick check to Midwood Capital for $22,288.06 on 6/22/2020.

Barrick check to Midwood Capital for $23,812.70 on 6/22/2020.

Barrick wire to Midwood Capital for $28,233.70 by 7/2/2020.

Barrick check to Midwood Capital for $12,156.44 on 8/3/2020.

Barrick check to Midwood Capital for $30,822.31 on 8/3/2020.

Barrick check to Midwood Capital for $7,775.84 on 8/14/2020.

Barrick check to Midwood Capital for $16,584.49 on 9/14/2020.

Barrick check to Midwood Capital for $9,338.86 on 9/18/2020.

**<u>Total: $465,925.50</u>**

## <u>EXHIBIT C- 12</u>

RICHARD JOE DOUGHERTY AND HIS ENTITY RICH DOUGH                **Total: $247,024.36**

### <u>Rich Dough, Inc.</u>

TMTE, Inc. check to Joe Dougherty for $3,316.32 on 12/18/2017.

TMTE, Inc. payment to Richard Dougherty for $133,557.22 on his 2018 1099 form.

TMTE, Inc. payment to Rich Dough, Inc. for $33,778.55 on TMTE, Inc.'s 2018 profit and loss sheet.

TMTE, Inc. check to Rich Dough, Inc. for $4,038.22 on 1/11/2019.

TMTE, Inc. payroll payment to Richard Dougherty for $1,263.38 on 2/1/2019.

TMTE, Inc. check to Rich Dough, Inc. for $26,348.43 on 2/1/2019.

TMTE, Inc. wire to Rich Dough, Inc. for $3,422.77 on 3/15/2019.

TMTE, Inc. wire to Rich Dough, Inc. for $1,650 on 5/24/2019.

TMTE, Inc. wire to Rich Dough, Inc. for $1,576.39 on 6/21/2019.

TMTE, Inc. check to Rich Dough, Inc. for $1,471.31 on 6/24/2019.

TMTE, Inc. check to Rich Dough, Inc. for $1,775.46 on 7/2/2019.

TMTE, Inc. check to Rich Dough, Inc. for $2,000 on 8/1/2019.

TMTE, Inc. check to Rich Dough, Inc. for $1,600 on 8/16/2019.

TMTE, Inc. wire to Rich Dough, Inc. for $11,827.66 on 8/30/2019.

TMTE, Inc. check to Rich Dough, Inc. for $9,216 on 9/13/2019.

TMTE, Inc. check to Rich Dough, Inc. for $5,000 on 11/1/2019.

TMTE, Inc. wire to Rich Dough, Inc. for $1,454.69 on 11/22/2019.

TMTE, Inc. wire to Rich Dough, Inc. for $3,231.37 on 12/6/2019.

TMTE, Inc. wire to Rich Dough, Inc. for $4,163.45 on 12/20/2019.

TMTE, Inc. wire to Rich Dough, Inc. for $5,884.75 on 12/31/2019.

Barrick wire to Rich Dough, Inc. for $5,318.64 on 2/28/2020.

TMTE, Inc. check to Rich Dough, Inc. for $3,419.84 on 4/29/2020.

TMTE, Inc. check to Rich Dough, Inc. for $1,709.91 on 4/29/2020.

**<u>Total: $247,024.36</u>**

## EXHIBIT C- 13

**MATTHEW LEVITT AND HIS ENTITY GOONER ENTERPRISES, INC.**

**Total: $625,413.69**

**Gooner Enterprises, Inc.**

TMTE, Inc. payment to Matthew Levitt for $101,040.47 on his 2018 W-2 form.

TMTE, Inc. payment to Gooner Enterprises, Inc. for $248,775 on TMTE's 2018 profit and loss form.

TMTE, Inc. check to Gooner Enterprises, Inc. for $20,942 on 1/7/2019.

TMTE, Inc. payroll payment to Matthew Levitt for $846.37 on 2/1/2019.

TMTE, Inc. check to Gooner Enterprises, Inc. for $5,141.88 on 2/11/2019.

TMTE, Inc. check to Gooner Enterprises, Inc. for $13,266.68 on 2/22/2019.

TMTE, Inc. check to Gooner Enterprises, Inc. for $9,648.79 on 3/5/2019.

TMTE, Inc. check to Gooner Enterprises, Inc. for $4,635.70 on 3/21/2019.

TMTE, Inc. wire to Gooner Enterprises, Inc. for $37,422.26 on 3/29/2019.

TMTE, Inc. check to Gooner Enterprises, Inc. for $31,553.66 on 4/18/2019.

TMTE, Inc. wire to Gooner Enterprises, Inc. for $23,679.84 on 4/26/2019.

TMTE, Inc. wire to Gooner Enterprises, Inc. for $10,162.38 on 5/10/2019.

TMTE, Inc. wire to Gooner Enterprises, Inc. for $4,848.44 on 5/24/2019.

TMTE, Inc. wire to Gooner Enterprises, Inc. for $494.87 on 6/21/2019.

Barrick check to Gooner Enterprises, Inc. for $1,340.01 on 4/24/2020.

FAET payroll payment to Matthew Levitt for $888.37 on 5/22/2020.

Barrick check to Gooner Enterprises, Inc. for $16,037.95 on 5/26/2020.

Barrick check to Gooner Enterprises, Inc. for $10,612.94 on 6/12/2020.

Barrick check to Gooner Enterprises, Inc. for $13,904.58 on 6/19/2020.

Barrick check to Gooner Enterprises, Inc. for $33,838.08 on 7/6/2020.

Barrick check to Gooner Enterprises, Inc. for $10,470.18 on 8/18/2020.

Barrick check to Gooner Enterprises, Inc. for $25,384 on 8/18/2020.

FAET payroll payment to Matthew Levitt for $478.84 on 8/25/2020.

**Total: $625,413.69**

# EXHIBIT C- 14

**JAMES FLICEK AND HIS ENTITY ELLIPSIS MARKETING**          **Total: $107,210.46**

## Ellipsis Marketing

Chase Metals payment to James Flicek for $40,157.19 on his 2018 1099 form.

Chase Metals check to Ellipsis Marketing for $24,107.58 on 1/23/2019.

Chase Metals check to Ellipsis Marketing for $3,499.27 on his 3/6/2019.

TMTE, Inc. wire to Ellipsis Marketing for $15,659.27 on 3/29/2019.

TMTE, Inc. check to Ellipsis Marketing for $1,751.68 on 4/26/2019.

TMTE, Inc. check to Ellipsis Marketing for $4,407.07 on 4/30/2019.

TMTE, Inc. wire to Ellipsis Marketing for $13,849.47 on 5/10/2019.

TMTE, Inc. wire to Ellipsis Marketing for $3,778.93 on 5/24/2019.

**Total: $107,210.46**

## EXHIBIT C-15

**JOSHUA FERDMAN AND HIS ENTITY FERDMAN GROUP INC.**

**Total: $126,114.60**

**Ferdman Group**

TMTE, Inc. check to Joshua Ferdman for $1,128 on 12/8/2017.

TMTE, Inc. payment to Joshua Ferdman for $18,590.94 on his 2018 W-2 form.

TMTE, Inc. payment to Joshua Ferdman for $46,914.04 on his 2018 1099 form.

TMTE, Inc. check to Ferdman Group, Inc. for $11,844.53 on 1/3/2019.

TMTE, Inc. check to Ferdman Group, Inc. for $11,087.64 on 1/18/2019.

TMTE, Inc. payroll payment to Joshua Ferdman for $888.51 on 2/1/2019.

TMTE, Inc. check to Ferdman Group, Inc. for $2,905.70 on 2/15/2019.

TMTE, Inc. check to Ferdman Group, Inc. for $14,542.50 on 3/4/2019.

TMTE, Inc. check to Ferdman Group, Inc. for $8,028.47 on 3/15/2019.

TMTE, Inc. check to Ferdman Group, Inc. for $3,616.59 on 4/12/2019.

TMTE, Inc. wire to Ferdman Group for $1,159.82 on 4/26/2019.

TMTE, Inc. wire to Ferdman Group for $1,061.95 on 5/10/2019.

TMTE, Inc. wire to Ferdman Group, Inc. for $1,300.95 on 6/21/2019.

TMTE, Inc. check to Ferdman Group, Inc. for $1,008 on 7/2/2019.

TMTE, Inc. check to Ferdman Group, Inc. for $2,036.96 on 7/26/2019.

**Total: $126,114.60**

## EXHIIBIT C- 16

**ANDREW J. EILERS AND HIS ENTITY ANDREW J. EILERS CONSULTING      Total: $61,331.94**

**Andrew J Eilers Consulting, Inc.**

Chase Metals payment to Andrew J Eilers Consulting, Inc. for $5,280 on his 2018 1099 form.

Chase Metals payment to Andrew Eilers for $14,529.12 on his 2018 W-2 form.

TMTE, Inc. check to Andrew J Eilers Consulting, Inc. for $9,033.71 on 1/4/2019.

TMTE, Inc. check to Andrew J Eilers Consulting, Inc. for $9,524.13 on 1/18/2019.

Chase Metals payroll payment to Andrew Eilers for $991.13 on 2/1/2019.

TMTE, Inc. check to Andrew J Eilers Consulting, Inc. for $2,905.70 on 2/15/2019.

TMTE, Inc. check to Andrew J Eilers Consulting, Inc. for $5,197.34 on 3/18/2019.

TMTE, Inc. wire to Andrew J Eilers Consulting, Inc. for $4,882.79 on 3/29/2019.

TMTE, Inc. check to Andrew J Eilers Consulting, Inc. for $6,953.70 on 4/12/2019.

TMTE, Inc. wire to Andrew J Eilers Consulting, Inc. for $2,034.32 on 4/26/2019.

**Total: $61,331.94**

## EXHIIBT C-17

**ALEXANDER FLAMER AND HIS ENTITY 9INTH LEVEL MARKETING**

**Total: $26,696.68**


**9inth Level Marketing**

Chase Metals payment to 9inth Level, Inc. for $26,646.68 on his 2018 1099 form.

TMTE, Inc. payment to Alexander Flamer for $50.00 on TMTE, Inc.'s profit and loss sheet.


**Total: $26,696.68**

## EXHIBIT C-18

**DAVID WOLAN AND HIS ENTITY HARPER METALS**                **Total: $129,092.56**


### Harper Metals Group, LLC

Chase Metals, Inc. check to Harper Metals Group, LLC for $25,725 on 12/15/2017.

Chase Metals, Inc. payment to Harper Metals Group, LLC for $103,367.50 on its 2018 1099 form.

**Total: 129,092.50**

## EXHIBIT C-19

**BROCK BOWERS, DOING BUSINESS AS BA BOWERS, LLC, AND HIS ENTITY TOTM PRODUCTION GROUP**

**Total: $58,616.30**

### TOTM Production Group, LLC

Chase Metals check to Brock Bowers for $1,500 on 12/8/2017.

Chase Metals payroll payment to Brock Bowers for $5,489 on 2/1/2019.

Barrick to TOTM Production Group, LLC. for $2,495.89 by 7/2/2020.

Chase Metals payroll payment to Brock Bowers for $1,652.01 on 7/2/2020.

Chase Metals payroll payment to Brock Bowers for $1,504.88 on 7/17/2020.

Newmont Admin., Inc. to TOTM Production Group, LLC. for $303.39 by 8/14/2020.

Newmont Admin., Inc. to TOTM Production Group, LLC. for $671.39 by 8/27/2020.

Newmont Admin., Inc. to TOTM Production Group, LLC. for $983.42 by 9/11/2020.

Administrative Account Services check to Brock Bowers for $341.21 on 9/15/2020.

### BA Bowers, LLC

TMTE, Inc. payment to BA Bowers, LLC. for $43,674.69 on its 2018 1099 form.

**Cumulative Total: $58,616.30**

# EXHIBIT C-20

**PHILIP LEVY AND HIS ENTITY IQ CAPITAL ADVISOR**        **Total: $163,682.78**

### IQ Capital

TMTE Inc. payment to IQCapital for $101,277.35 in 2018.

Chase Metals payment to IQCapital for $1,500.00 on 2/1/2019.

Chase Metals payment to IQCapital for $7,500.00 on 2/1/2019.

Chase Metals payment to IQCapital for $4,133.00 on 3/6//2019.

Chase Metals payment to IQCapital for $5,000.00 on 3/15/2019

Chase Metals payment to IQCapital for $20,000.00 on 3/22/2019.

Chase Metals payment to IQCapital for $14,272.39 on 4/12/2019.

Chase Metals payment to IQCapital for $10,000.00 on 6/4/2019.

**Total: $163,682.74**