# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:20-CV-2910-L** |
| TMTE, INC. a/k/a Metals.Com; CHASE METALS, INC.; CHASE METALS, LLC; BARRICK CAPITOL, INC.; LUCAS THOMAS ERB a/k/a Lucas Asher a/k/a Luke Asher; **and** SIMON BATASHVILI, | § § § § § § § § | |
| Defendants. | § | |

## **ORDER**

The court will need to continue the show cause hearing set for November 4-5, 2021, because it has a criminal trial that will overlap with the hearing. Accordingly, the court **vacates** the November 4-5, 2021 hearing, and it will issue a separate order resetting that hearing. Further, until the court rules on the pending motions, all proceedings in this case, including those of the Receiver, are **stayed** except for briefing on any pending motions (Docs. 232, 239, 246, 250, 303, 311). In the meantime, if any party or the Receiver wishes to file a new motion, they must first seek and obtain leave of court. Likewise, if any party or the Receiver wishes to file briefing or materials pertaining to the pending motions outside of what is permitted by this district's Local Civil Rules, leave of court must first be obtained. This standdown order is necessary to ensure that this action progresses in an orderly manner.

**It is so ordered** this 5th day of October, 2021.

Sam A. Lindsay
United States District Judge

Order – Solo Page