IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELLEY M. CRAWFORD, IN HIS CAPACITY AS RECEIVER, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:21-CV-2181-X |
| DAVID BLEEDEN, *et al.*, | | |
| Defendants. | | |

## MOTION TO WITHDRAW AS COUNSEL
## FOR BENJAMIN LEE AND METTABEL, INC.

Pursuant to Local Civil Rule 83.12, Michael R. Steinmark, Bruce W. Steckler, Paul D. Stickney, Austin P. Smith, and the law firm of Steckler Wayne Cherry & Love PLLC ("Movants") move to withdraw as counsel for Defendants Benjamin Lee and Mettabel, Inc. (the "Lee Defendants"), and respectfully show as follows:

1. Good cause exists for Movants to withdraw as counsel for the Lee Defendants because said Defendants have failed to comply with the terms and conditions of their engagement agreement with Movants. Additionally, Movants have been unable to effectively communicate with the Lee Defendants in a manner consistent with those necessary for representation.

2. No succeeding attorney for the Lee Defendants is known to Movants at this time.

3. The name, last known address, and telephone number of the Lee Defendants is:

Benjamin Lee
Mettabel, Inc. (c/o Benjamin Lee)
4452 Chevy Chase Drive
La Canada, California 91011
Telephone: (323) 823-0884

4. Movants have been unable to obtain the Lee Defendants' signatures on this Motion despite due diligence in seeking the same. Specifically, the undersigned counsel spoke with the Lee Defendants the week of January 9, 2023, and explained the anticipated need to withdraw as counsel, including seeking to confirm whether the Lee Defendants would oppose or sign off on a withdrawal motion. The Lee Defendants did not take a position on such withdrawal either way at that time nor since. Moreover, the undersigned counsel emailed the Lee Defendants on March 9, 2023, and March 13, 2023, and text messaged the Lee Defendants this morning, seeking to follow up on this issue, including again warning of this withdrawal and seeking the Lee Defendants' position on opposing or signing off on this motion, but no response has been received.

5. A copy of this Motion has been delivered to the Lee Defendants, who have been notified via electronic mail and certified mail, return receipt requested. Moreover, the Lee Defendants have been notified that Mr. Lee may represent himself *pro se* in this action going forward, but Mettabel, Inc., as a business entity, must appear only through licensed legal counsel.

6. The pending settings and deadlines in this case are:

- March 29, 2023 – Deadline for the Lee Defendants each to file an Answer or Other Responsive Pleading to Plaintiff's Complaint
- Within 14 days after the parties' Rule 26(f) conference – Deadline for the Lee Defendants each to serve Rule 26(a) initial disclosures (Rule 26(f) conference date not yet set)

7. This motion is not sought for the purpose of delay and will not result in a delay in the case. Indeed, as the deadline for the Lee Defendants to file answers or other responsive pleadings is now two weeks away, Movants seek to withdraw at this time to afford the Lee Defendants time to secure new counsel before said deadline.

WHEREFORE, Movants respectfully request that the Court enter an Order Granting Withdrawal of Movants as counsel for Defendants Benjamin Lee and Mettabel, Inc., in the above-styled cause, and for all other relief to which Movants may be justly entitled.

Dated: March 15, 2023.                              Respectfully submitted,

/s/ Michael R. Steinmark
**Michael R. Steinmark**
State Bar No. 24051384
michael@swclaw.com
**Bruce W. Steckler**
State Bar No. 00785039
bruce@swclaw.com
**Paul D. Stickney**
State Bar No. 00789924
judgestickney@sgc.law
**Austin P. Smith**
State Bar No. 24102506
austin@swclaw.com

**STECKLER WAYNE
    CHERRY & LOVE, PLLC**
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041

**WITHDRAWING ATTORNEYS FOR DEFENDANTS BENJAMIN LEE AND METTABEL, INC.**

## CERTIFICATE OF CONFERENCE

On or about January 9, 2023, and on March 9, 2023, March 13, 2023, and March 15, 2023, the undersigned counsel attempted to confer with the Lee Defendants to determine if they are opposed or consent to this Motion, but the Lee Defendants have taken no position. On March 15, 2023, the undersigned counsel conferred with Plaintiff's counsel on the relief requested in this motion, and Plaintiff's counsel confirmed that Plaintiff is unopposed.

*/s/ Michael R. Steinmark*
**Michael R. Steinmark**

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on all counsel of record via CM/ECF in accordance with the Federal Rules of Civil Procedure on March 15, 2023, and via certified mail, return receipt requested, to the Lee Defendants at their address set forth hereinabove.

*/s/ Michael R. Steinmark*
**Michael R. Steinmark**