**Edye Buxbaum**

| | |
|---|---|
| **From:** | Charlene Koonce <charlene@brownfoxlaw.com> |
| **Sent:** | Thursday, January 23, 2025 11:05 AM |
| **To:** | Michael Steinmark; Roossien, Dennis; Crooks, David G.; Michael Alfred |
| **Cc:** | Peter.lewis@solidcounsel.com; Amanda Roark |
| **Subject:** | deposition of Lucas Asher |



EXHIBIT

1

All- we are going to depose Lucas Asher.  His counsel has informed us (during the course of their motion for protective order filed in a different ancillary case) that he will assert the Fifth Amendment.  The Court denied Asher's motion for protection but ordered the deposition to take no more than 3 hours and be taken by zoom.

To minimize the burden on Mr. Asher, we are going to schedule his deposition in this case and the other ancillary case at the same time.  Please provide at least two or three dates through the end of this month, and as many dates as possible throughout February on which you would be available for this deposition.  If you don't plan on attending (I know several of you are close to locking down settlement agreements) that's fine – please just confirm that we do not need to schedule based on your availability.

Thanks.



**Charlene Koonce**
Partner

Dallas • Frisco
**Direct**  214.367.7503
**Main**    214.327.5000

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Brown Fox PLLC immediately (by replying to this message or calling 214.327.5000) and immediately destroy all copies of this message and any attachments. Thank you.